October 27, 2010

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★     3 2010     ★

LONG ISLAND OFFICE
RECEIVED
IN CHAMBERS OF
A. KATHLEEN TOMLINSON

★ NOV 0 3 2010 ★

TIME A.M. ......................
          P.M. ......................

U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: Liquid Media v. Value Multimedia, et al.
Case No. CV-09-2595

Dear Judge Tomlinson,

I am writing to you regarding my continued frustration with Plaintiff's Counsel Mr. Creedon.  Not only has he continued to request extensions for providing my discovery requests but he has not promptly forwarded communication and orders from you as you had instructed him to do. Your last order issued on September 22, 2010 was not emailed to me by Mr. Creedon until October 11th.  In that conference you had specifically told both of us to have our discovery and deposition requests completed by October 8th. I complied per your instructions in plenty of time to meet the deadline and copied you so you knew I was doing what you had requested.

It appears, Mr. Creedon feels that since I am representing myself he either doesn't need to follow the rules or feels he can keep his communication between the two of you while excluding me.  When he asked for his first discovery extension, I told him I could not agree to the extension and that I would like to schedule a conference with Judge Tomlinson to discuss.  He refused to ask you for a conference and instead requested the extension from you which you granted.

It is my intention to travel to New York with a court reporter to handle the people I am deposing in this case.  With the continued delays and not knowing when I will finally get all the discovery requests submitted to me, it is going to be very difficult to determine when I could be prepared for the depositions. I would request that if you are going to continue to grant extension after extension to Mr. Creedon that you take into account the time he has wasted and allow me the same additional amount of time to prepare and complete my depositions which you originally wanted completed in early December.

I also respectfully request that a reliable method is found for the court to communicate with me other than relying on Mr. Creedon to submit your communication to me.   I have no idea if I am getting all of your communication and I know for sure that the communication I am receiving is showing up weeks after it was sent to Mr. Creedon.

Please advise how you would like me to proceed in this matter.


Thank you,

Tim Braun

CERTIFIED MAIL

7004 2890 0005 1278 1314

CRATL - BRKUN
KASSEL AVE
ABRAMVILLE, MN 5530l

LONG ISLAND OFFICE
ENTERED
2010 OCT 27

★ US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND COURT HOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4458
ATTN: JUDGE A. KATHLEEN TOMLINSON

UNITED STATES POSTAL SERVICE

1000

11722

U.S. POSTAGE PAID
SAINT MICHAEL, MN
55376
OCT 27 '10
AMOUNT
$5.54
0009409-04