**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
LIQUID MEDIA INC.,

                       Plaintiff,

            - against -

VALUE MEDIA LLC, BRAUN MEDIA LLC,
TIMOTHY BRAUN,

                      Defendants.
----------------------------------------------------------X

**ORDER**

CV 09-2595 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received Defendant Pro Se's letter dated October 27, 2010 (DE 30). Plaintiff's counsel is hereby directed to respond in writing to the issues raised in Defendant's letter by November 8, 2010.

      The Court is aware of Defendant Pro Se's concern regarding the time needed to complete depositions, and should Defendant Pro Se need accommodations similar to those given to Plaintiff, the Court will extend the same courtesies presuming there are similar circumstances.

      Plaintiff's counsel is directed to serve this Order, as well as any other unserved Orders of this Court, on Defendant Pro Se immediately upon Plaintiff's counsel's receipt of this Order.

                                                                           **SO ORDERED.**

Dated: Central Islip, New York
           November 3, 2010

                                                      /s/ A. Kathleen Tomlinson
                                                      A. KATHLEEN TOMLINSON
                                                      U.S. Magistrate Judge