November 8, 2010

U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

RECEIVED
IN CHAMBERS OF
A. KATHLEEN TOMLINSON

★ NOV 1 5 2010 ★

TIME A.M. ........................
         P.M. ........................

Re: Liquid Media v. Value Multimedia, et al.
Case No. CV-09-2595

Dear Judge Tomlinson,

This letter is a response to Mr. Creedon's letter of November 8, 2010.

Mr. Creedon is correct that I may not be as familiar with the Judicial system as he is because I am not an attorney. I was simply trying to honor your requests and keep everything on the schedule you had requested. I had assumed that when you assigned deadlines you were serious about those deadlines and expected Mr. Creedon and myself to stick to those deadlines. As you know I complied immediately with the items that you asked me to provide to Mr. Creedon.

In my letter to you dated October 27th, I was not trying to be "cavalier", I was simply asking that since I do not have access to the electronic communication system that you and Mr. Creedon communicate with that when any communication is sent to Mr. Creedon that is intended for me, that he simply forward it to me promptly. Because I had left several voice mails for Mr. Creedon that he never returned, I did get frustrated and felt my only course of action was to write to you. I apologize to you and the court if I have not followed the etiquette of the legal system. It was not my intention to cause any drama, I simply wanted to be kept in the loop on your communications so I could respond promptly.

I do take issue with Mr. Creedon's assumption that I am satisfied with the 1,000 plus pages of discovery he has provided. The only reason that I have scheduled my Depositions for November 29th and 30th is to make sure I complete the depositions within your requested timeline. Mr. Creedon has not provided much of the discovery I requested because he and his client have decided on their own the requests were overbroad and irrelevant. I understand and expected his client to feel this way since his client also felt that providing proper shipping documents to allow my company to receive payment when they were performing work was also irrelevant. The heart of my defense is based on Mr. Creedon's client trying to collect for product that was never delivered and shipping paperwork that was non-existent or improperly completed. They are continuing the same pattern with their refusal to provide the documents I requested.

It is not my fault if the Plaintiff has ceased doing business and lost track of the documents and personnel associated with this matter. My business has ceased operations but I have had to provide complete documentation in several matters and never thought to use the business shutting down or unavailable

former employees as excuses for not providing documents. I do anticipate the plaintiff will not produce the people I have asked depose as well. If Mr. Creedon is frustrated with dealing with me pro se, he only has his client to blame for putting me out of business with their lack of performance in the matter that is being argued in this case.

I made the decision to move ahead with my depositions with or without the requested discovery documents simply to follow your orders and guidelines. While I am not an attorney, I do understand the respect that you should be given as a Judge and my intention is to follow your requests, orders and timelines as stated.

Finally, I would appreciate your guidance in regards to communication with you and Mr. Creedon in this matter. I apologize if my "lack of understanding of the judicial system" has caused me to not follow the etiquette that Mr. Creedon and the court expects. As I said before, had Mr. Creedon simply returned my calls and taken the time to communicate with me directly my letter of October 27th most likely would not have been necessary.

Sincerely,

*[signature]*

Tim Braun



BROWN
4992 KASSEL AVE
ALBERTVILLE, MN 55301

U.S. POSTAGE PAID
SAINT MICHAEL, MN 55376
NOV 12, '10
AMOUNT $5.54
0004910706

11722

CERTIFIED MAIL
7006 0100 0005 1277 0257

US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND COURT HOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4438

ATTN: JUDGE A. KATHLEEN TOMLINSON

117228443B

RETURN RECEIPT REQUESTED